UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

TEXTBROKER INTERNATIONAL, LLC,

                Plaintiff,

   – against –

CHLOE SKUPNICK, DAVID THELIN and
NICOLE THELIN,

                Defendants.

------------------------------------x

19-CV-05608-PKC

**DECLARATION OF SERVICE**

I, Richard J. Lombardo, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I am over 18 years of age, a resident of Kings County and not a party to this action.

    2.    On June 29, 2019, I served true copies of the Court's Initial Pretrial Conference Order dated June 28, 2019 (ECF 10) on the defendants in this action at their addresses listed below by U.S. Mail:

    Chloe Skupnick
    392 Elrock Drive
    Chambersburg, PA  17201

    David Thelin
    386 N 1480 E
    Provo, UT  84606

    Nicole Thelin
    386 N 1480 E
    Provo, UT  84606

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                                              Richard J. Lombardo