UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TEXTBROKER INTENATIONAL LLC,

                        Plaintiff,                          19-cv-5608 (PKC)

      -against-                                      <u>ORDER</u>

CHLOE SKUPNICK,

                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        In the declaration of Andrew T. Solomon, plaintiff has demonstrated that service of process is impracticable under NY CPLR 308(1), (2) and (4). Process servers have been unsuccessful in serving her at her last known address in Chambersburg, Pennsylvania and have endeavored unsuccessfully to serve her at an address in Aberdeen, Washington, thought to be a current residence. She has used the email address chloeskupnick@gmail.com and it is listed on a website that provides information about Chloe Skupnick. According to Solomon, the email has been used since the commencement of this action.

        Pursuant to NY CPLR 308(5) and Rule 4(e), Fed. R. Civ. P., plaintiff may serve Chloe Skupnick the summons and complaint by email to chloeskupnick@gmail.com and by mailing copies by certified mail to the Chambersburg and Aberdeen addresses. The foregoing means of service is reasonably calculated to provide her actual notice of the pendency of this action against her.

        Letter motion (Doc 19) is GRANTED.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
   September 12, 2019