UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TEXTBROKER INTERNATIONAL, LLC,
                      Plaintiff,

19 **CIVIL** 5608 (PKC)

-against-

**DEFAULT JUDGMENT**

CHLOE SKUPNICK and JOHN DOES 1-4,
                      Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/2020

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum Order dated January 6, 2020, Plaintiff's motion for entry of default judgment is GRANTED against defendant Skupnick in the amount of $214,500; accordingly, the case is closed.

**DATED**: New York, New York
           January 9, 2020

                                        **RUBY J. KRAJICK**
                                          Clerk of Court

                             By: _____
                                          **Deputy Clerk**